FILED
Clerk
District Court

OCT 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VERNON T. RIVERA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 02-00024 <br><br> NOTICE OF RELEASE OF EXHIBITS |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   28th day of   October  , 2005

By: _____
Galo L. Perez
Clerk of Court
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

FILED
Clerk
District Court

JAN 0 9 2003

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | | | |
|---|---|---|---|---|---|
| U.S.A. -vs- VERNON T. RIVERA | | | | | District Court<br>NORTHERN MARIANA ISLANDS |
| Government's Attorney<br>Patrick Smith, AUSA | | | Defendant's Attorneys<br>Bruce Berline, Esq. | | Docket Number: CR-02-00024<br>Trial Date(s): January 8, 9, 2003 |
| Presiding Judge   Alex R. Munson | | | Court Reporter   Sanae Shmul | | Courtroom Deputy   K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 01/09/03 | | | BERNARD K. SANTOS (DEA CNMI Task Force) |
| 5 | | 01/09/03 | 01/09/03 | 01/09/03 | Search Warrant & Affidavit |
| W2 | | 01/09/03 | | | ELIAS SARALU |
| 2 | | 01/09/03 | 01/09/03 | 01/09/03 | Raven model MP-25 .25 caliber pistol  (remained w/DEA agent Quintanilla) |
| 3 | | 01/09/03 | 01/09/03 | 01/09/03 | Ammunition  (remained w/DEA agent Quintanilla) |
| 10 | | 01/09/03 | 01/09/03 | 01/09/03 | Stipulation |
| W3 | | 01/09/03 | | | VICTOR D. WASHINGTON |
| 8 | | 01/09/03 | 01/09/03 | 01/09/03 | Vernon T. Rivera Statement (6/3/02) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.