IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

NOV 2 8 2005

For The Northern Mariana Islands
By_____
　　(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | EXIHIBIT WITHDRAWAL RECEIPT |
| ) | |
| VERNON T. RIVERA, ) | |
| ) | |
| Defendant, ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: Nov. 28, 2005

Acknowledge by: _Erlinda Villagomez for ATF Agent Quintanilla_
Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

FILED
Clerk
District Court

JAN 09 2003

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | | |
|---|---|---|---|---|
| U.S.A. -vs- VERNON T. RIVERA | | | | District Court NORTHERN MARIANA ISLANDS |
| Government's Attorney  Patrick Smith, AUSA | Defendant's Attorneys  Bruce Berline, Esq. | | | Docket Number: CR-02-00024  Trial Date(s): January 8, 9, 2003 |
| Presiding Judge   Alex R. Munson | Court Reporter   Sanae Shmuh | | | Courtroom Deputy   K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 01/09/03 | | | BERNARD K. SANTOS (DEA CNMI Task Force) |
| 5 | | 01/09/03 | 01/09/03 | 01/09/03 | Search Warrant & Affidavit |
| W2 | | 01/09/03 | | | ELIAS SARALU |
| 2 | | 01/09/03 | 01/09/03 | 01/09/03 | Raven model MP-25 .25 caliber pistol  (remained w/DEA agent Quintanilla) |
| 3 | | 01/09/03 | 01/09/03 | 01/09/03 | Ammunition  (remained w/DEA agent Quintanilla) |
| 10 | | 01/09/03 | 01/09/03 | 01/09/03 | Stipulation |
| W3 | | 01/09/03 | | | VICTOR D. WASHINGTON |
| 8 | | 01/09/03 | 01/09/03 | 01/09/03 | Vernon T. Rivera Statement (6/3/02) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.