| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00024-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | FILED FEB - 5 2007 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK | DOCKET NUMBER (Rec. Court) RECEIVED JUN 06 2007 U.S. Probation Office District of NMI |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **VERNON T. RIVERA** c/o James R. Golden, Jr. U.S. Probation Officer Western District of Texas 903 San Jacinto Blvd., Suite 121 Austin, Texas 78701-2450 | Northern Mariana Islands | |
| | NAME OF SENTENCING JUDGE Honorable Alex R. Munson, Chief Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 5, 2006 — TO July 4, 2009 |

A07 CR-008 SS

**OFFENSE**

RECEIPT OF FIREARM WHILE UNDER INDICTMENT, 18 U.S.C. §§ 922(n) and 924(a)(1)(D); and RECEIPT AND POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER, 18 U.S.C. § 924(k) and (a)(1)(B).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____N/A_____ DISTRICT OF _____THE NORTHERN MARIANA ISLANDS_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1-22-07_
Date

_/s/ Alex R. Munson_
ALEX R. MUNSON
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **Western** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
Clerk
District Court
JUN - 6 2007
For The Northern Mariana Islands
By _____ (Deputy Clerk)

_2-2-07_
Effective Date

_/s/ Sam Sparks_
United States District Judge